UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARDO GARCIA, | Case No. 20-13019 |
| Plaintiff, | Hon. Judith E. Levy |
| v. | Mag. Judge Kimberly G. Altman |
| SOUTHWEST AIRLINES CO., | |
| Defendant. | |

| | |
|---|---|
| Charlotte Croson (P56589)<br>CROSON, TAUB, &<br>MICHAELS, PLLC<br>Attorneys for Plaintiff<br>455 E. Eisenhower Pkwy, Ste 75<br>Ann Arbor, MI 48108<br>Tel. 734 519-0973<br>Fax. 734 519-0876<br>ccroson@ctmlawyers.com | Butzel Long<br>Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>Attorneys for Defendant<br>41000 Woodward, Stoneridge West<br>Bloomfield Hills, MI 48304<br>Phone: (248) 258-1616<br>miglio@butzel.com<br>buchanan@butzel.com |
| Teresa J. Gorman (P61001)<br>Teresa J. Gorman PLLC<br>Attorneys for Plaintiff<br>5700 Crooks Road, Suite 200<br>Troy, MI  48098<br>Tel. 248 763-6943<br>Fax. 248 689-3268<br>terigorman@aol.com | |

## **STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE**

Plaintiff EDWARDO GARCIA ("Plaintiff") and Defendant SOUTHWEST AIRLINES CO. ("Defendant"), having stipulated hereto and the Court being otherwise fully advised:

1

IT IS HEREBY ORDERED that, pursuant to the confidential agreement between the parties, Plaintiff's claims against Defendant are dismissed with prejudice and without costs or attorney fees to any party.

This Order disposes of all claims and closes the case.

**IT IS SO ORDERED.**

Date: October 15, 2021               s/Judith E. Levy
                                     JUDITH E. LEVY
                                     United States District Judge


**STIPULATED TO BY:**

| /s/*Charlotte Croson* | /s/*Terrence J. Miglio* (w/permission) |
|---|---|
| Charlotte Croson (P56589) | Butzel Long |
| CROSON, TAUB, & MICHAELS, PLLC | Terrence J. Miglio (P30541) |
| Attorneys for Plaintiff | Barbara E. Buchanan (P55084) |
| 455 E. Eisenhower Pkwy, Ste 75 | Attorneys for Defendant |
| Ann Arbor, MI 48108 | 41000 Woodward, Stoneridge West |
| Tel. 734 519-0973 | Bloomfield Hills, MI 48304 |
| Fax. 734 519-0876 | Phone: (248) 258-1616 |
| ccroson@ctmlawyers.com | miglio@butzel.com |
| | buchanan@butzel.com |

/s/*Teresa J. Gorman*
Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiff
5700 Crooks Road, Suite 200
Troy, MI  48098
Tel. 248 763-6943
Fax. 248 689-3268
terigorman@aol.com
Dated:  October 12, 2021

3